## DARDEN v. STATE.

No. 24409.

Court of Criminal Appeals of Texas.

June 8, 1949.

Rehearing Denied Oct. 12, 1949.

No attorney on appeal for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted for the offense of selling whisky in a dry area and his punishment assessed at a fine of $100.

The record, as brought forward, contains neither bills of exceptions nor a statement of facts. The proceedings appear regular and nothing is presented for our consideration.

The judgment of the trial court is affirmed.

## M. D. (Slick) EVANS, Appellant, v. STATE, Appellee.

No. 24545.

Court of Criminal Appeals of Texas.

Oct. 12, 1949.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for assault with intent to rob, punishment assessed at two years in the penitentiary.

Appellant makes it known to this court that he no longer desires to prosecute his appeal, and at appellant's request the appeal is dismissed.